Jeffrey M. Schwartz, Esq. SBN 254916
SCHWARTZ LAW, P.C.
629 Camino De Los Mares, Suite 203
San Clemente, CA 92673
Ph: (888) 7300-LAW
Fax: (949) 481-8836
jeff@Schwartz4Law.com

Attorney for Plaintiff
ZENY MAE HARRINGTON

NOTE: CHANGES MADE BY THE COURT

J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENY MAE HARRINGTON<br><br>Plaintiff,<br><br>vs.<br><br>JEFF WYRICK; NATIONSTAR MORTGAGE LLC; QUALITY LOAN SERVICE CORPORATION<br><br>and DOES 1 to 100, inclusive<br><br>Defendants. | Case No.: EDCV09-2075 VAP (OPx)<br><br>**ORDER TO REMAND** |

Plaintiff's and Defendants' Stipulation to Remand, having come before this Court, the Honorable Virginia A. Phillips presiding, and good cause found therefore,

**IT IS HEREBY ORDERED:**

1. This case is remanded to the **California Superior Court for the County of Riverside**.

2. Each party is to pay its own expenses.

Dated: February 23, 2010

*/s/ Virginia A. Phillips*
_____
United States District Judge

1
[PROPOSED] ORDER TO REMAND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZ LAW, P.C.
629 Camino De Los Mares, Suite 203
San Clemente, CA 92673
(888) 7300-LAW

[PROPOSED] ORDER TO REMAND